1162 

No. 94–7163. BECK v. WHEELER ET AL. C. A. 9th Cir. Certiorari denied. 

No. 94–7165. CARTER v. ENDELL, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–7168. ENGLE v. DEVOE. C. A. 6th Cir. Certiorari denied.

No. 94–7170. WHARTON-EL v. HUNDLEY, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 94–7172. SANDERS v. ARKANSAS. Sup. Ct. Ark. Certiorari denied. 

No. 94–7173. PEPPERS v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 94–7174. SHAW v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–7175. CLIFTON v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 94–7176. ALPHONSO v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7178. HARRIS v. WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–7180. TOWNE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–7181. SCHREYER v. TATTERSALL, INC. C. A. 3d Cir. Certiorari denied.

No. 94–7185. SMITH v. OKLAHOMA DEPARTMENT OF CORRECTIONS ET AL. C. A. 10th Cir. Certiorari denied. 

No. 94–7187. CLISBY v. ALABAMA. C. A. 11th Cir. Certiorari denied. 

No. 94–7188. KENDALL v. KENDALL. Ct. App. Wash. Certiorari denied.